DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROOSEVELT JEANTY** and **CLAIRE JEANTY,**
Appellants,

v.

**ASSURED CONTRACTING, LLC,** a Florida limited liability company,
Appellee.

No. 4D2024-2420

[October 16, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE20-019502.

Roosevelt Jeanty and Claire Jeanty, Coral Springs, pro se.

Richard E. Guttentag of Stearns, Roberts & Guttentag, LLC, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER, J., and METZGER, ELIZABETH, Associate Judge, concur.

\*   \*   \*

***Not final until disposition of timely-filed motion for rehearing.***